**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01371-CV

### KEITH WAGONER AND DARRON T. WILSON, Appellants

### V.

### DALLAS TEXAS, ET AL, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-31197**

## ORDER

Appellant Darron Wilson, who is appearing pro se, filed his brief on March 13, 2015. The brief, however, did not comply with the requirements of Texas Rule of Appellate Procedure 38.1, and by order dated March 18, 2015, we directed Wilson to file an amended brief complying with the rule no later than April 1, 2015. On Wilson's motion, we subsequently extended the deadline to May 6, 2015. Wilson has now filed a motion for appointment of counsel, stating he does not have "the knowledge, the legal education, or practice at law to bring the brief . . . up to standard." This Court does not appoint counsel. Accordingly, we take no action on the motion. On our own motion, we **VACATE** our March 18, 2015 order. The appeal shall be submitted on Wilson's March 13th brief. We **ORDER** appellees to file their brief(s) no later than June 12, 2015.

/s/    CRAIG STODDART
JUSTICE